Case Nos. 22-1456, 23-1012, 23-1014

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

MADISON ROLAND individually,
GINA HARRIS as legal guardian to minor children of and legal heirs to JOSEPH AND JOSSLINE ROLAND,
SAMMY J. BOUMADI-HECKERMAN as personal representative of Decedent, ESTATE OF JOSSLINE ROLAND, and
ROSA BILBREY as personal representative of the ESTATE OF JOSEPH ROLAND,

                           *Plaintiffs-Appellants-Cross-Appellees,*

v.

LETGO, Inc., a Delaware corporation,
OFFERUP, Inc., a Delaware corporation, and

                           *Defendants-Appellees-Cross-Appellants.*

---

On Appeal from the United States District Court
For the District of Colorado
The Honourable Michael E. Hegarty, U.S.M.J.
D.C. No. 22-cv-00899-MEH

---

**JOINT MOTION FOR BRIEFING SCHEDULE**

---

1

Plaintiffs-Appellants-Cross-Appellees Madison Roland, Gina Harris, Jossline Roland, Sammy J. Boumadi-Heckerman, and Rosa Bilbrey (collectively, "Plaintiffs-Appellants") and Defendants-Appellees-Cross-Appellants Letgo, Inc. and Offerup, Inc. (collectively, "Defendants-Appellees") hereby submit this Joint Motion for Briefing Schedule in response to the Court's Order, dated January 27, 2023, requiring that the parties file a proposed briefing schedule by February 6, 2023.

In support, the parties state as follows:

1.    In this appeal, Plaintiffs-Appellants will seek review of the district court's December 5, 2022 order granting Defendants-Appellees' motion under Rule 12(b)(6) and thereby dismissing the amended complaint with prejudice. The district court held that the amended complaint did not and could not adequately plead all essential elements of each of the Plaintiffs-Appellants' state law claims under Colorado law. The district court further rejected Defendants-Appellees' contention that the amended complaint should have been dismissed with prejudice under Section 230 of the Communication Decency Act.

2.    Plaintiffs-Appellees filed a timely notice of appeal on December 29, 2022. This appeal was docketed as Case No. 22-1456. A notice that the appellate record is complete was docketed on January 13, 2022.

3.    Defendant-Appellee Letgo, Inc. filed a timely Notice of Protective Cross Appeal on January 10, 2023. This appeal was docketed as Case No. 23-1012.

2

4. Defendant-Appellee Offerup, Inc. filed a timely Notice of Protective Cross Appeal on January 11, 2023. This appeal was docketed as Case No. 23-1014.

5. As set forth in their respective Notices of Protective Cross Appeal, Defendants-Appellees cross appealed the district court's holding that the amended complaint should not be dismissed under Section 230 of the Communications Decency Act, 47 U.S.C. § 230(c)(1). Defendants-Appellees believe that even without having filed a cross-appeal, the United States Court of Appeals for the Tenth Circuit could affirm the district court's prejudicial dismissal of the Plaintiffs' Amended Complaint on the alternative ground that the Plaintiffs' claims were barred by Section 230, since doing so would not enlarge the judgment in their favor or diminish the rights of Plaintiffs-Appellants or any absent non-parties. However, since the Tenth Circuit's case law regarding the cross-appeal rule is ambiguous, *see, e.g.*, *Fedor v. United Healthcare, Inc.*, 976 F.3d 1100, 1107-08 (10th Cir. 2020), Defendants-Appellees noticed these cross appeals in an abundance of caution to preserve their arguments regarding Section 230, in case the Court of Appeals were to determine that it would lack jurisdiction absent the noticed cross appeals.

6. In consideration of the protective nature of Defendants-Appellees' cross appeals and to avoid unnecessarily burdening the Court and the parties with additional briefing, the parties jointly request that, except as set forth below, the Court order the parties to follow the three-brief schedule that would apply in a

routine appeal, pursuant to Fed. R. App. P. 31(a)(1), rather than the four-brief schedule that would normally apply when a cross appeal has been noticed under Fed. R. App. P. 28.1(f). Under this schedule Defendants-Appellees would forego the fourth brief provided for in Fed. R. App. P. 28.1(f)(4). In addition, the briefs would adhere to the standard form requirements of Fed. R. App. P. 32, including the length requirements of Fed. R. App. P. 32(a)(7).

7. Defendants-Appellees-Cross-Appellants would file a joint answering brief, pursuant to 10th Cir. R. 31.3.

8. In consideration of the additional time required to coordinate joint briefing, Defendants-Appellees request a 30-day extension of time to file their brief, pursuant to 10th Cir. R. 31.3(C).

9. Accordingly, the parties jointly request that the Court order briefing on the principal appeal (No. 22-1456) and both cross appeals (Nos. 23-1012, 23-1014) to proceed on the following schedule:

  a. Plaintiffs-Appellants will file an opening brief of no more than 13,000 words on Wednesday, March 1, 2023;

  b. Defendants-Appellees will file a joint answering brief of no more than 13,000 words on Monday, May 1, 2023.

  c. Plaintiffs-Appellants may file a reply brief of no more than 6,500 words on Monday, May 22, 2023.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion for Briefing Schedule.

Respectfully submitted this 6th day of February, 2023.

| | |
|---|---|
| */s/ Daniel Tapetillo* <br> Nathan T. Mattison <br> **Law Offices of Dianne Sawaya, LLC** <br> 4500 Cherry Creek Dr. South, Ste 1030 <br> Denver, CO 80246 <br> Telephone: (303) 758-4777 <br> Fax: (303) 758-4779 <br> E-mail: nmattison@dlslawfirm.com <br><br> Daniel Tapetillo, Esq. <br> Ben Meiselas, Esq. <br> **Geragos & Geragos, APC** <br> 644 S. Figueroa Street <br> Los Angeles, CA 90017 <br> Telephone: (213) 625-3900 <br> Fax: (213) 232-3255 <br> E-mail: tapetillo@geragos.com <br> E-mail: meiselas@geragos.com <br><br> *Attorneys For Plaintiffs-Appellants-Cross-Appellees* | */s/ Ari Holtzblatt* <br> Ari Holtzblatt <br> **Wilmer Cutler Pickering Hale and Dorr LLP** <br> 2100 Pennsylvania Avenue NW <br> Washington, DC 20037 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 <br> E-mail: ari.holtzblatt@wilmerhale.com <br><br> Nicholas Werle <br> **Wilmer Cutler Pickering Hale and Dorr LLP** <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> Telephone: (212) 230-8800 <br> Facsimile: (212) 230-8888 <br> nick.werle@wilmerhale.com <br><br> *Attorneys for Defendant-Appellee-Cross-Appellant Letgo, Inc.* |

*/s/ Mohamed M. Awan*
Steven M. Hamilton
**Hall & Evans, L.L.C.**
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:  (303) 628-3300
Facsimile:   (303) 628-3368
Email: hamiltons@hallevans.com

Mohamed M. Awan
Monty Cooper
Neda Shaheen
**Crowell & Moring LLP**
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email: mawan@crowell.com
Email: mcooper@crowell.com
Email: nshaheen@crowell.com

*Attorneys for Defendant-Appellee-Cross-Appellant OfferUp, Inc.*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because the motion contains 662 words. This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because the motion has been prepared in Times New Roman font, size 14.

*/s/ Ari Holtzblatt*
Ari Holtzblatt

# CERTIFICATE OF SERVICE

I certify that on February 6, 2023, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

 /s/ *Ari Holtzblatt*  
Ari Holtzblatt
